**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 16, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: September 16, 2010**

**Entered pursuant to Administrative Order No. 02-10, Kenneth J. Hirz, Clerk of Bankruptcy Court
By: /s/ Scott Parkinson
     Deputy Clerk**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|     LAKESHIA GRAHAM | ) | Case No. 09-20476 |
|         Debtor | ) | JUDGE: HARRIS |

ORDER DIMISSING CHAPTER 13 CASE AND GRANTING RELEASE OF FUTURE
INCOME OF DEBTOR

      This matter came on for consideration by this Court on the 15TH day of September 2010 upon a Motion to Voluntarily Dismiss Chapter 13 Plan by Debtor's Counsel, since Debtor has/had medical issues with her children and has lost time from work.  Debtor was not able to stay current with other obligations due to the reduction in wages through the Chapter 13 wage garnishment and time off.

Debtor will attempt to work with U.S. Bank and Cleveland Housing Network in order to obtain a Home Affordability Loan Modification that would allow the Debtor to keep her home in the hope that the foreclosure sale may be thereby avoided.

The Court finds that said Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion To Dismiss the Chapter 13, by Debtor's counsel is hereby granted and that Court releases the Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

IT IS SO ORDERED.

SUBMITTED AND APPROVED BY:

/s/ Kathleen Donnelly
KATHLEEN DONNELLY (042636)
Attorney for Debtor
526 Superior Avenue, Suite 1030
Cleveland, Ohio 44114
(216) 241-9628

###

CERTIFICATE OF SERVICE

A copy of the foregoing Order was served this __ day of September, 2010 by ECF email upon the following: 1) Office of the U.S. Trustee; 2) Craig Shopneck, Chapter 13 Trustee; and 3) Kathleen Donnelly, Attorney for Debtor, and sent by the Court directly to the following via postage prepaid first class mail:

US BANK NA
C/O US BANK HOME MORTGAGE
800 MORELAND STREET
OWENSBORO, KY 42304-0000

CRAIG A THOMAS
P.O. BOX 5480
CINCINNATI, OH 45201-5480

Steven Patterson
P.O. BOX 5480
CINCINNATI, OH 45201-5480

Magistrate Kevin Hippley
Cuyahoga County Court of Common Pleas
310 West Lakeside
6th floor
Cleveland, OH 44113-1678

Cuyahoga Court of Common Pleas
1200 Ontario Street, 1st floor
Attn: Fuerst-Clerk of Courts
Docket: CV-09-695941
Cleveland, OH 44113-1678

Acs/wachovia
501 Bleecker St
Utica, NY 13501

Asset Acceptance LLC
P.O.Box 2036
Attn: Bankruptcy Department
Warren, MI 48090

Bedford Municipal Court
165 Center Road
Attn: Clerk of Courts
Docket: 08CVI08515
Bedford, OH 44146-2898

Broadway Finance
5217 Broadway
Attn: Hilary A. Hall, Atty
Cleveland, OH 44127

Charter One
789 Som Center
Cleveland, OH 44143

Christopher Smith
c/o Restoration Carpet
586 Main Street
Suite 2
Stroudsburg, PA 18360

City of Maple Heights
20820 Southgate Park Boulevard
Maple Heights, OH 44137

Cleveland Division of Water
P.O. Box 94540
Cleveland, OH 44101

Client Services Inc
3451 Harry S Truman Blvd
Saint Charles, MO 63301

Consumer Portfolio Svc
Attn: Bankruptcy
16355 Laguna Canyon Rd
Irvine, CA 92618

Credit Management
4200 International Pwy
Carrolton, TX 75007

Credit Protection Associates
13355 Noel Road Suite 2100
Dallas, TX 75240

Credit Solutions Corp
9573 Chesapeake Dr Ste 1
San Diego, CA 92123

Cuyahoga Court of Common Pleas
1200 Ontario Street
Attn: Clerk of Courts
Docket:
Cleveland, OH 44113-1678

Dominion East Ohio
P.O. Box 26666
Attn: Bankruptcy Group
Richmond, VA 23261-6785

Elgin Furn
5217 Broadway Ave
Cleveland, OH 44127

First Bk Of De/contine
1608 Walnut Street
Philadelphia, PA 19103

First Federal Credit Control
24700 Chagrin Boulevard
Suite 205
Beachwood, OH 44122-5630

First Premier Bank
Po Box 5524
Sioux Falls, SD 57117

Jgraham Assc
11020 David Taylor Drive
Suite 310
Charlotte, NC 28262

Lerner, Sampson & Rothfuss
P.O. Box 5480
Attn: Craig A. Thomas, Atty
Cincinnati, OH 45201

Lerner, Sampson & Rothfuss
P.O. Box 5480
Attn: Steven H. Patterson, Atty
Cincinnati, OH 45201

Mortgage Electronic Registration
Systems Inc.
P.O. Box 7814
Ocala, FL 34478

Ohio Bureau of Motor Vehicles
Attn: Suspensions Section
P.O. Box 16520
Columbus, OH 43215-6520

Reimer, Arnovitz, Chernek,
& Jeffrey
P.O. Box 968
Attn: Cynthia A. Jeffrey, Atty
Twinsburg, OH 44087

Reimer, Arnovitz, Chernek,
& Jeffrey
P.O. Box 968
Attn: Faye D. English, Atty
Twinsburg, OH 44087

Reimer, Arnovitz, Chernek,
& Jeffrey
P.O. Box 968
Attn: Edward A. Bailey, Atty
Twinsburg, OH 44087

RITA
10107 Brecksville Rd.
Brecksville, OH 44141

Safeco Insurance
1001 4th Avenue
Seattle, WA 98154

Safeco Insurance
P.O. Box 515097
Attn: Claims Adjuster
Los Angeles, CA 90051

SBC Ohio

c/o Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090-2036

Sprint
Box 1769
Newark, NJ 07101-1769

Steven Ozan
1488 Parkhill Rd.
Cleveland, OH 44121

The Illuminating Company
6896 Miller Road
Room 204
Attn: Bankruptcy Department
Brecksville, OH 44141

Us Bank Home Mortgage
Attn: Bankruptcy Dept
Po Box 5229
Cincinnati, OH 45201

US Bank NA
c/o U.S. Bank
800 Moreland Street
Owensboro, KY 42304

US Department of Education
P.O. Box 530260
Attn: Bankruptcy Department
Atlanta, GA 30353-0280

Verizon
Po Box 3397
Bloomington, IL 61702

Wachovia Education Fin
Po Box 3117
Winston Salem, NC 27102

Yahoo
Attn: Legal Department

701 First Avenue
Sunnyvale, CA 94089

Progressive Insurance
Attn: Payroll Garnishment
6300 Wilson Mills Road
Cleveland, OH 44143

LaKeshia Graham
4945 East 93th Street
Garfield Heights, OH  44125

###